IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KRISTINA QUARLES,**
**ADC #760441**                                                                                           **PLAINTIFF**

v.                            Case No. 4:15-CV-00270-KGB/JTK

**CRYSTAL MCCOY et al.**                                                                    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 20). No objections have been filed, and the time to do so has passed. After careful review, the Court approves and adopts the Proposed Findings and Recommendations in their entirety as this Court's findings in all respects. Therefore, the Court denies the defendants' motion to vacate the Order granting plaintiff's *in forma pauperis* status (Doc. No. 15).

SO ORDERED this 9th day of September, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE